# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| PORESHA SHA-FAYE POLK | § |
| | § |
| v. | §  CIVIL ACTION NO. 3:22-CV-1814-S-BN |
| | § |
| MARIA CASTILLO and CHARLES HO | § |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 8. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion to Dismiss for Lack of Federal Jurisdiction of this Court [ECF No. 7] is **DENIED**.

**SO ORDERED.**

SIGNED October 5, 2022.

_____
**UNITED STATES DISTRICT JUDGE**