# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PORESHA SHA-FAYE POLK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1814-S-BN |
| | § | |
| MARIA CASTILLO and CHARLES HO | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff Poresha Sha-Faye Polk's motion to dismiss this case [Dkt. No. 14] is **DENIED AS MOOT**; the motion to remand [Dkt. No. 24] is **DENIED**; and the motion for declaratory judgment [Dkt. No. 26] and the remaining pending motions [Dkt. Nos. 18, 19, 20, and 25] are **DENIED WITHOUT PREJUDICE** to Polk's being directed to file one final amended complaint.

**SO ORDERED.**

SIGNED June 8, 2023.

**UNITED STATES DISTRICT JUDGE**